**Jerome L. PLEASANT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49865.**

Missouri Court of Appeals,
Western District.

Feb. 28, 1995.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and ELLIS and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**JOHN W. NEIHART, Appellant.**

**No. WD 48735.**

Missouri Court of Appeals,
Western District.

Feb. 28, 1995.

Byron N. Fox, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM.

Appeal from a conviction of producing more than five grams of marijuana, § 195.211, RSMo Supp.1992.

Affirmed. Rule 30.25(b).